JS-6



FILED
CLERK, U.S. DISTRICT COURT
MAY 26 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN AGUILAR, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES and Does 1 through 10 inclusive, <br><br> Defendant. | Case No.: CV14-5644 R (AJWx) <br><br> Complaint Filed: July 21, 2014 <br><br> [~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL FOR PLAINTIFF MEGHAN AGUILAR AND REQUEST FOR COURT APPROVAL <br><br> Courtroom: 8 - Spring Street <br><br> Trial Date: October 6, 2015 <br> Final Pretrial Conf.: September 14, 2015 |

Counsel for the Parties have stipulated to the dismissal of this action as it relates to the claims of the sole remaining plaintiff, MEGHAN AGUILAR. These claims were originally asserted following decertification of two collective actions that sought damages under the Fair Labor Standards Act (FLSA) on behalf of police officers employed by the City of Los Angeles' Police Department (LAPD).[1] Plaintiff MEGHAN AGUILAR's claims were included with those asserted on behalf of 99 additional officers who were also opt-in members of the original collective actions until decertification in May 2014. The claims of the 99 other

---

[1] *Alaniz v. City of Los Angeles* (Case No. 2:04-cv-08592-AG-AJWx) and *Cesar Mata v. City of Los Angeles* (Case No. 2:07-cv-06782-AG-AJWx).

929239.1 LO160-061

[Proposed] Order re Joint Stipulation for Dismissal for Plaintiff Meghan Aguilar and Request for Court Approval

1  officers were subsequently dismissed due to misjoinder and only the claims of
2  Plaintiff MEGHAN AGUILAR remain actively pending.[2]
3      The Court has reviewed the Joint Stipulation for Dismissal and is of the
4  opinion that dismissal of Plaintiff MEGHAN AGUILAR's claims for failing to
5  provide discovery responses and for lack of prosecution is fair and appropriate
6  given the circumstances. For the foregoing reasons,
7      THE COURT HEREBY MAKES THE FOLLOWING ORDER:
8      The dismissal of this action is fair and appropriate due to the Plaintiff's
9  failure to respond to discovery and/or failure to prosecute this action. The Joint
10  Stipulation for Dismissal filed by the Parties' Counsel is hereby approved. This
11  case is dismissed with prejudice. ~~Additionally, Plaintiff's Counsel is hereby~~
12  ~~granted leave to withdraw as legal counsel of record for the Plaintiff. Plaintiff's~~
13  ~~Counsel shall immediately mail notice of this Order to the Plaintiff's last-known~~
14  ~~address.~~

16  IT IS SO ORDERED.

18  Dated: 5-26-15

                                            HON. MANUEL L. REAL
                                            United States District Judge

---

[2] Plaintiff MEGHAN AGUILAR is the first-named officer in the caption of the Complaint filed in this action.

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation